**RETIREMENT CAPITAL ACCESS MANAGEMENT COMPANY LLC, Appellant**

v.

**U.S. BANCORP, Appellee.**

No. 2015–1039.

United States Court of Appeals, Federal Circuit.

Aug. 7, 2015.

Casey L. Griffith, Griffith Bates Champion & Harper LLP, Dallas, TX, argued for appellant. Also represented by Michael Barbee.

Matthew James Dowd, Wiley Rein, LLP, Washington, DC, argued for appellee. Also represented by Anthony H. Son, Frederick S. Frei, Sushila Chanana, Andrews Kurth, LLP, Washington, DC.

Lore A. Unt, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for intervenor Michelle K. Lee. Also represented by Nathan K. Kelley, Stacy Beth Margolies, Scott Weidenfeller.

LOURIE, BRYSON, and O'MALLEY, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**